UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS A. STRAWBUCK,<br><br>        Plaintiff,<br><br>v.<br><br>LOSTRA TOWING,<br><br>        Defendant. | Case No. 3:16-cv-00718-MMD-WGC<br><br>**ORDER** |

  Plaintiff submitted his civil rights complaint pursuant to 42 U.S.C. § 1983 on December 9, 2016. (Electronic Case Filing (ECF) No. 1-1.)

  Plaintiff's complaint was not accompanied with the filing fee or a completed application to proceed in forma pauperis.

**IT IS HEREBY ORDERED THAT:**

  (1) The Clerk shall **SEND** Plaintiff a blank application to proceed in forma pauperis and instructions; and

  (2) Plaintiff must pay the $350 filing fee and $50 administrative fee (for a total of $400), or submit a completed application to proceed in forma pauperis within **THIRTY DAYS** of the date of this Order. If he fails to do so, his action may be dismissed. If the filing fee or application to proceed in forma pauperis is timely received, the court will then review the complaint under 28 U.S.C. § 1915(e), which allows the court to dismiss any claim that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. The court has many cases, and this process may take some time.

DATED: December 12, 2016.

             _____
             WILLIAM G. COBB
             UNITED STATES MAGISTRATE JUDGE